PASSAIC BERGEN LUMBER COMPANY, INCORPORATED, APPELLANT, v. RICHARD O. BROWN ET AL., RESPONDENTS.

Argued October 22, 1937—Decided January 26, 1938.

For the appellant, *Harry Dvorken*.

For the respondent, *Kenneth R. Stover* and *King & Vogt*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Lawrence in the Circuit Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Dear, Wells, WolfsKeil, Rafferty, JJ. 13.

*For reversal*—None.